■ KURT D. KABELAC, Appellant, v WILLIAM W. HARDING, Respondent.—Judgment unanimously affirmed with costs for reasons stated at Supreme Court, Corning J. (Appeal from judgment of Supreme Court, Cayuga County, Corning, J.— prescriptive easement.) Present—Doerr, J. P., Boomer, Green, Pine and Davis, JJ.